In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-21-00253-CR
_____

PAUL ANTHONY BLEUEL, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 16-25530

_____

**MEMORANDUM OPINION**

The appellant, Paul Anthony Bleuel, filed a motion asking the Court to dismiss

his appeal. *See* Tex. R. App. P. 42.2. Both Bleuel and his attorney signed the motion.

*See id*.

1

Accordingly, we grant the motion. The appeal is dismissed. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 26, 2022
Opinion Delivered April 27, 2022
Do Not Publish

Before Kreger, Horton and Johnson, JJ.